OTTO A. TRUMM, Respondent, v. THE CITY OF LONG BEACH, Appellant.— Judgment of the County Court of Nassau county in favor of the petitioner in a proceeding under section 205 of the General Municipal Law to compensate him for medical services and loss of earnings due to a claimed injury suffered by him while attending at a fire as a volunteer fireman, reversed on the law, without costs, and the petition dismissed, with costs. The drenching with water which the petitioner received while attending at the fire was not an "injury" within the meaning of section 205, subdivision 3, of the General Municipal Law. (Matter of Doulin v. City of Saratoga Springs, 261 N. Y. 558.) That provision does not contemplate compensation for the consequences of diseases or ailments which do not arise out of an injury suffered at a fire or in the course of performance of duties as a volunteer fireman. Carswell, Tompkins, Davis and Johnston, JJ., concur; Lazansky, P. J., concurs in result.

CHARLES E. WARD, Respondent, v. SOUTH BROOKLYN RAILWAY COMPANY, Appellant.—Action for damages for personal injuries sustained by plaintiff, a freight train conductor of the Bush Terminal Company, as a consequence of his striking a pole of the defendant company adjacent to defendant's tracks, upon which a freight train, of which plaintiff was conductor, was being operated. While the freight train was in motion, and while the plaintiff, by means of a ladder, was descending from the roof of one of the cars, the car, owing to the defective condition of the roadbed and rails, gave an extra or unusual lurch, tilting the car towards the pole, thus narrowing the already close clearance between the pole and the car and bringing the plaintiff in contact with it. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

WESTCHESTER COUNTY SAVINGS BANK, Respondent, v. FRANK R. PIERSON, a Bankrupt, and Others, Defendants; LELCO REALTY SERVICE INC., Appellant.— Order denying appellant's motion to dismiss the complaint under subdivision 5 of rule 106 of the Rules of Civil Practice affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ., concur.